COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Respondent, v. JOSEPH WERRES, Appellant.— No opinion. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

SAMUEL SHERMAN, Appellant, v. LEO ALEXANDER, Respondent, et al., Defendant.— The repleaded fourth counterclaim represents no substanial improvement over the pleading heretofore reviewed by this court (11 A D 2d 669). Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

CHARLES F. KRAUSE, as Administrator of the Estate of GEORGE T. STUBBS, Deceased, et al., Respondents, v. SUD-AVIATION, SOCIETE NATIONALE DE CONSTRUCTIONS AERONAUTIQUES, Appellant, et al., Defendant.— No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

BARBARA S. ROOSEVELT, Respondent, v. PHILIP J. ROOSEVELT, Appellant.— No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE BOOKER, Appellant.— No opinion. Concur — Breitel, J. P., Rabin, Eager, Steuer and Bergan, JJ.

ABE ROSENBERG et al., Plaintiffs, v. BARRY M. CARUTH et al., Defendants, SYLVIA CARUTH, Respondent, and UNIVERSITY CHEVROLET, INC., Appellant.— No opinion. Concur — Breitel, J. P., Rabin, Eager, Steuer and Bergan, JJ.

In the Matter of GEORGIA PROPERTIES, INC., Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent and ELEANOR L. BISSINGER, as Representative of Tenants' Committee of 275 Central Park West, New York, N. Y., Intervenor Respondent.— No opinion. Concur — Breitel, J. P., Rabin, Eager, Steuer and Bergan, JJ.

MAX KUSHNER, on His Own Behalf, and on behalf of All Members of the Brotherhood of Painters, Decorators & Paperhangers of America, Who Are Within the Jurisdiction of District Council No. 9, for the Boroughs of Manhattan and The Bronx, Who Are Similarly Situated, Appellant, v. MARTIN RARBACK, as Secretary-Treasurer of District Council No. 9 for the Boroughs of Manhattan and The Bronx, et al., Respondents, et al., Defendant.— No opinion. Concur — Breitel, J. P., Rabin, Eager, Steuer and Bergan, JJ.

STUYVESANT INSURANCE COMPANY, Respondent, v. STANLEY MATUSOW et al., Appellants.— No opinion. Concur — Breitel, J. P., Rabin, Eager, Steuer and Bergan, JJ.

GOODWILL PICTURES CORPORATION, Appellant, v. AMERICAN INTERNATIONAL PICTURES et al., Respondents.— No opinion. Concur — Breitel, J. P., Rabin, Eager, Steuer and Bergan, JJ.